O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | CR 04-732 RSWL-6 |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Denise Ann Fowler et al., | ) | |
| Defendants. | ) | |

On November 1, 2011, the Ninth Circuit Court of Appeals issued an opinion affirming in part and reversing in part Defendant Denise Ann Fowler's ("Defendant Fowler") criminal convictions pertaining to a bank robbery. United States v. Fowler, 2011 WL 5147666 (9th Cir. November 1, 2011). A status conference on this matter was set for hearing on December 7, 2011 and taken under submission on December 5, 2011. The Court, having reviewed the opinion issued by the Ninth Circuit, **HEREBY ORDERS THE FOLLOWING:**
///

The mandate issued by the Ninth Circuit Court of Appeals is hereby ordered filed and spread. Accordingly, the Judgment and Commitment [955] for Defendant Fowler is to be amended as follows:

1. Defendant Fowler's conviction for conspiracy to commit bank robbery, as alleged in Count 1 of the First Superseding Indictment, is affirmed and shall remain on the Judgment.
2. Defendant Fowler's conviction for armed bank robbery, as alleged in Count 6 of the First Superseding Indictment, is amended from a conviction for "armed bank robbery" to the lesser included offense of "bank robbery."
3. Defendant Fowler's Conviction for brandishing a firearm, as alleged in Count 7 of the First Superseding Indictment, is reversed and shall be expunged from the judgment.

**IT IS SO ORDERED.**

December 7, 2011

*RONALD S.W. LEW*

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge